STATE OF CONNECTICUT *v.* LEWELLYN N. BURTON

The motion by the defendant for a writ of mandamus and a disclosure of the progress of his appeal from the Superior Court in New London County is dismissed.

*Lewellyn N. Burton,* pro se, on the motion.

Submitted June 27—decided July 16, 1969

BELL AND STANTON, INC. *v.* ROBERT LAUGHLIN ET AL.

The motion by the defendants for permission to file an unprinted brief in the appeal from the Superior Court in Fairfield County is denied.

*Burton M. Weinstein,* in support of the motion.

*Stuart I. Levin* and *Ira B. Charmoy,* in opposition.

Submitted July 7—decided July 16, 1969

D.H.R. CONSTRUCTION COMPANY, INC. *v.* THE RIDGEFIELD CORPORATION ET AL.

The motion by the named defendant for this court to review the denial by the trial court of the motion for an extension of time in the appeal from the Court of Common Pleas in Hartford County is denied.

*Herbert S. Wolfe,* on the motion.